UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH WHALEY-LEE,** Plaintiff, vs. **SYNCHRONY BANK,** Defendant. | 2:25-CV-11115-TGB-KGA HON. TERRENCE G. BERG **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 12)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's August 25, 2025, Report and Recommendation, ECF No. 12, recommending that Defendant Synchrony Banks's Motion to Dismiss, ECF No. 4, be **GRANTED.**

The Court has reviewed Magistrate Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id*.

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Magistrate Judge Altman's August 25, 2025 Report and Recommendation as this Court's findings of fact and conclusions of law.

2

Accordingly, it is hereby **ORDERED** that Magistrate Judge Altman's Report and Recommendation, ECF No. 12, is **ACCEPTED** and **ADOPTED**.

It is **FURTHER ORDERED** that Synchrony Bank's Motion to Dismiss, ECF No. 4, is **GRANTED** and this case is **DISMISSED.**

**This is a final order that closes the case.**

**IT IS SO ORDERED.**

Dated: September 19, 2025   /s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE